IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASON ANGELO HORTON | : | CIVIL ACTION |
| v. | : | |
| GLEN MILLS SCHOOL et al. | : | NO. 22-1149 |

ORDER

AND NOW, this 20th day of October, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Glen Mills School to dismiss the claim of plaintiff Rason Angelo Horton (Doc. #14) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.